WILLIAM E. CRIST, an Infant, by ABRAHAM L. SPERO, His Guardian ad Litem, Respondent, *v.* THE ART METAL WORKS, Appellant.

JOSEPH W. CRIST, Respondent, *v.* THE ART METAL WORKS, Appellant.

(Argued January 12, 1931; decided February 10, 1931.)

*Almet Reed Latson, Jr.,* and *William T. Condon* for appellant.

*Joseph Sussman* for respondents.

Order in each action affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.